UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEVELAND COLLINS,

        Plaintiff,                     Case No. 1:05-cv-666

v.                                             Hon. Gordon J. Quist

MUSKEGON COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

        Defendants.
_____ /

**ORDER DENYING *IN FORMA PAUPERIS* STATUS ON APPEAL**

Plaintiff's complaint was dismissed on February 1, 2007. He filed a notice of appeal on March 1, 2007. Plaintiff did not pay the $455.00 filing fee for an appeal or apply in the manner required by law to proceed *in forma pauperis*. On April 12, 2007, the magistrate judge entered a deficiency order directing plaintiff to submit the filing fee or file a motion to proceed *in forma pauperis* with a detailed affidavit of his financial situation as required by Fed. R. App. P. 24 and in substantial compliance with Fed. R. App. P. Form 4 within 14 days from the date of the order. On April 27, 2007, plaintiff filed a "request for forma pauperis/waiver/suspension of court and related costs and fees" and "affidavit in support of request for forma [sic] pauperis" (docket no. 124). Plaintiff has not corrected these deficiencies He has neither filed a detailed affidavit of his financial situation as required by Fed. R. App. P. 24 nor submitted the $455.00 filing fee for his appeal. Accordingly, plaintiff's motion to proceed *in forma pauperis* on appeal (docket no. 124) is **DENIED**.

        **IT IS SO ORDERED.**

Date:  October 11, 2007                      /s/ Gordon J. Quist
                                                        Gordon J. Quist
                                                        United States District Judge